No. 89–696.   NEVADA *v.* SKINNER, SECRETARY OF TRANSPORTATION, ET AL.   C. A. 9th Cir.   Certiorari denied.

No. 89–697.   DOWNRIVER COMMUNITY FEDERAL CREDIT UNION ET AL. *v.* PENN SQUARE BANK, THROUGH ITS RECEIVER, FEDERAL DEPOSIT INSURANCE CORPORATION.   C. A. 10th Cir. Certiorari denied.

No. 89–699.   COLORADO DEPARTMENT OF REVENUE *v.* UNITED STATES ET AL.   C. A. 10th Cir.   Certiorari denied.

No. 89–711.   UNIVERSAL FABRICATORS, INC. *v.* SMITH ET AL. C. A. 5th Cir.   Certiorari denied.

No. 89–715.   OWEN ET UX. *v.* COMMISSIONER OF INTERNAL REVENUE.   C. A. 9th Cir.   Certiorari denied.

No. 89–722.   THOMAS *v.* UNITED STATES.   C. A. 4th Cir. Certiorari denied.

No. 89–728.   FIRST UNITED METHODIST CHURCH OF HYATTSVILLE, MARYLAND *v.* UNITED STATES GYPSUM CO.   C. A. 4th Cir.   Certiorari denied.

No. 89–735.   WILLIAMS *v.* UNITED STATES.   Ct. Mil. App. Certiorari denied.

No. 89–739.   DAVIS ENTERPRISES ET AL. *v.* UNITED STATES ENVIRONMENTAL PROTECTION AGENCY ET AL.   C. A. 3d Cir. Certiorari denied.

No. 89–748.   SECURITIES INDUSTRY ASSN. *v.* CLARKE, COMPTROLLER OF THE CURRENCY, ET AL.   C. A. 2d Cir.   Certiorari denied.

No. 89–757.   NEWAK *v.* UNITED STATES.   Ct. Mil. App.   Certiorari denied.